# EXHIBIT A

# MENTOR MUNICIPAL COURT
8500 Civic Center Blvd.
Mentor, Ohio 44060
(440) 974-5744

Anthony Domenic Reo : Case: CVI 1900177

    Plaintiff(s)
-VS- : NOTICE OF SMALL CLAIM HEARING

Charter Communications : John Trebets
: Judge

    Defendant(s)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

You are hereby notified that the above case has been assigned for SMALL CLAIMS on 03/20/2019 at 4:30 PM.

Note:

Feb 19, 2019

Linda Bambic
Clerk of Court

*Amy Krauss* (signature)

Amy Krauss
Clerk/Deputy Clerk

If you are providing written documentation as evidence at your Small Claim hearing, a copy should be made to present to the Magistrate for the Court record. Note: Any personal information or identifiers such as social security numbers, bank account numbers, etc. should be removed from the copy you are submitting to the Court.

cc: Anthony Domenic Reo
    Charter Communications

**MENTOR MUNICIPAL COURT**
8500 Civic Center Blvd.
Mentor, Ohio 44060
(440) 974-5744

Plaintiff(s)
Reo, Anthony Domenic

VS

Defendant
Charter Communications

400 Atlantic Street
Stanford, Ct 06901

Defendant(s)

: Case: CVI 1900177
:
:
:
: SUMMONS
: SMALL   CLAIMS
:
: John Trebets
: Judge
:

* * * * * * * * * *

To the Clerk:

Please take notice that a Claim is hereby filed against the above Defendant(s) and request that he (they) be summoned to appear in Court to answer said Complaint.

Wherefore Plaintiff(s) prays judgment against Defendant in the sum of  $ 6000.00 , plus interest from 08/08/2018 at the rate of 5.00  % and Costs.

The Court will hold trial on this claim in the Small Claims Division of the above named Court at the address shown above on 03/20/2019 at 04:30 PM .

If you do not appear at the hearing/trial, judgment may be entered against you by default, and your earnings may be subject to garnishment or your property may be attached to satisfy said judgment.  If your defense is supported by witnesses, account books, receipts, or other documents, you must produce them at that time.  Subpoenas for witnesses, if requested by a party, will be issued by the Clerk.

If you admit the claim but desire time to pay, you may make such request at the hearing/trial.

Linda Bambic
Clerk of Court

Date: Feb 19, 2019

_Amy Krauss_
Clerk/Deputy Clerk

## IN THE MENTOR MUNICIPAL COURT

**SMALL CLAIM COMPLIANT**

CASE NO. 19CVI177

ANTHONY DOMENIC REO

CHARTER COMMUNICATIONS

7724 TEA ROSE DRIVE

400 ATLANTIC STREET

MENTOR, OHIO 44060

STANFORD, CT 06901

Phone No. (440) 413-1078        Plaintiff(s)

Phone No. (   )        Defendant(s)

**STATEMENT OF CLAIM**

___ ACCOUNT: ___ Exhibits attached and made a part hereof
___ WAGES   _X_ OTHER: Violations of the Telephone Consumer Protection Act, Telephone Solicitation Sales Act, and Consumer Sales Practices Act by calls made by Defendant and received by Plaintiff in Mentor.

TO THE CLERK: Please take notice that a claim is hereby filed against the above defendant(s) and a request that they be summoned to appear in Court to answer same.

Plaintiff prays for judgment against defendant(s) in the sum of $ 6,000.00, plus interest from the 8th day of August 2018, at the rate of 5.00 % and court costs.

STATE OF OHIO, COUNTY OF LAKE) ss.   **AFFIDAVIT OF COMPLAINANT'S CLAIM**

Being duly sworn on oath ANTHONY DOMENIC REO (Plaintiff) states that:
Check one: _X_ He is or represents ___ She is or represents ___ They are or represent the Plaintiff

In the above entitled cause, that the said cause is for the payment of money, that the nature of plaintiff's demand is as stated, and that there is due to plaintiff from the defendant the amount stated above; defendant is not now in the military or naval service of the United States.

X _Anthony Domenic Reo_ X _____
Signature of Plaintiff #1                          Signature of Plaintiff #2

Subscribed and sworn to before me this 15th date of February, 2019

YELENA GRIDLEY
Notary Public
In and for the State of Ohio
My Commission Expires
August 11, 2020

Clerk, Deputy Clerk, Notary Public

**NOTICE AND SUMMONS IN ACTION FOR MONEY ONLY**

TO DEFENDANT(S): CHARTER COMMUNICATIONS
400 Atlantic Street, Stanford CT, 06901

Plaintiff asks judgment in this court against you for the sum of $ 6,000.00 plus 5.00% interest from August 8, 2018 and court costs, upon the plaintiff's statement of claim set forth above.

THE COURT WILL HOLD TRIAL ON: Weds. March 20, 2019 AT 4:30 AM/**PM**.

Located at MENTOR MUNICIPAL COURT, 8500 CIVIC CENTER BLVD, MENTOR OH 44060 (First Floor).

If you do not appear at the trial a judgment may be entered against you by default and your earnings may be subject to garnishment or your property may be attached to satisfy said judgment. If your defense is supported by witnesses, account books, receipts, or other documents, you must produce them at the time of this trial. Subpoenas for witnesses, if requested, will be issued by the clerk. If you admit the claim but desire time to pay, you may make such a request at the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least 7 days prior to the date of the trial on the plaintiff's claim.

Clerk- Deputy Clerk _____

## IN THE MENTOR MUNICIPAL COURT
## SMALL CLAIM DIVISION

| | |
|---|---|
| ANTHONY DOMENIC REO, | CASE NO. 19CVI177 |
| Plaintiff, | |
| v. | |
| CHARTER COMMUNICATIONS, | |
| Defendant. | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Pursuant to Rule 3 of the Local Rules of Court and Case Management, and for good cause shown, Defendant Charter Communications ("Defendant") hereby moves for a thirty-five day continuance of the trial date. The grounds for this Motion are as follows:

1. On February 15, 2019, Plaintiff Anthony Domenic Reo ("Plaintiff") filed the instant action against Defendant.

2. The Clerk of Court set trial for March 20, 2019 at 4:30 p.m. in the Mentor Municipal Court and mailed Defendant a copy of the summons and complaint on or about February 19.

3. Defendant is in the process of investigating Plaintiff's allegation that it "made" calls in purported violation of the Telephone Consumer Protection Act, Telephone Solicitation Sales Act, and Consumer Sales Practice Act.

4. Defendant will be unduly prejudiced should it be required to proceed to trial while that investigation is ongoing.

5. As such, Defendant respectfully requests the hearing be continued approximately thirty-five days from March 20, 2019 to April 24, 2019.

6. Defendant affirms this continuance is made in good faith and not for purposes of delay, so that it may continue its investigation and determine appropriate next steps in this case.

WHEREFORE, Defendant respectfully requests the Honorable John Trebets continue the trial in this action to April 24, 2019.

Respectfully submitted this 15th day of March 2019.

                KABAT CHAPMAN & OZMER, LLP

                J. Scott Carr (Ohio Bar No. 98247)
                171 17th St. NW, Suite 1550
                Atlanta, Georgia 30363
                T: (404) 400-7300
                F: (404) 400-7333
                E-mail: scarr@kcozlaw.com

                *Counsel for Defendant*

IN THE MENTOR MUNICIPAL COURT
SMALL CLAIM DIVISION

| | |
|---|---|
| ANTHONY DOMENIC REO,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS,<br><br>Defendant. | CASE NO. 19CVI177 |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

Before this Court is Defendant Charter Communications' ("Defendant") motion for a thirty-five day continuance of the trial date in action no. 19CVI177 (the "Motion"). For the reasons set forth in the Motion and for good cause shown, the Court GRANTS the Motion.

IT IS HEREBY ORDERED THAT the trial in action no. 19CVI177 is continued to April 24, 2019 at 4:30 p.m. at the Mentor Municipal Court.


DATED: March ___, 2019

_____<br>
Hon. John Trebets

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a true and correct copy of the foregoing document was served First Class U.S. Mail to the following:

Bryan Anthony Reo
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44060
reo@reolaw.org

                                                      _____
                                                      J. Scott Carr (Ohio Bar No. 98247)

4

**MENTOR MUNICIPAL COURT**
8500 Civic Center Blvd.
Mentor, Ohio 44060
(440) 974-5744

Anthony Domenic Reo  : Case: CVI 1900177
                     :
    Plaintiff(s)    : NOTICE OF SMALL CLAIM HEARING
-VS-                 :
                     : John Trebets
Charter Communications : Judge
                     :
    Defendant(s)    :

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

You are hereby notified that the above case has been assigned for SMALL CLAIMS on 04/24/2019 at 4:30 PM.

Note: Continued from original hearing date of 3/20/19 to above date and time.

Mar 18, 2019

Linda Bambic
Clerk of Court

*Amy Krauss* (signature)

Amy Krauss
Clerk/Deputy Clerk

If you are providing written documentation as evidence at your Small Claim hearing, a copy should be made to present to the Magistrate for the Court record. Note: Any personal information or identifiers such as social security numbers, bank account numbers, etc. should be removed from the copy you are submitting to the Court.

cc: J. Scott Carr
    Anthony Domenic Reo

# IN THE MENTOR MUNICIPAL COURT
## SMALL CLAIM DIVISION

ANTHONY DOMENIC REO,

    Plaintiff,

v.

CHARTER COMMUNICATIONS,

    Defendant.

CASE NO. 19CVI177

### [PROPOSED] ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Before this Court is Defendant Charter Communications' ("Defendant") motion for a thirty-five day continuance of the trial date in action no. 19CVI177 (the "Motion"). For the reasons set forth in the Motion and for good cause shown, the Court GRANTS the Motion.

IT IS HEREBY ORDERED THAT the trial in action no. 19CVI177 is continued to April 24, 2019 at 4:30 p.m. at the Mentor Municipal Court.

DATED: March 15, 2019

Hon. John Trebets

FILED AND JOURNALIZED
2019 MAR 15 PM 3:43
MENTOR MUNICIPAL COURT

3